## Commonwealth *v.* Meehan, Appellant.

Argued November 28, 1962. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen and O'Brien, JJ.

*Mary Alice Duffy,* for appellant.

*Burton Satzberg,* Assistant District Attorney, with him *Arlen Specter,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 21, 1963:

The defendant was convicted of the crimes of aggravated robbery and conspiracy. He was sentenced to the penitentiary on the robbery conviction. Sentence, on the conspiracy conviction was suspended. On appeal, the Superior Court affirmed the judgment: *Commonwealth v. Meehan,* 198 Pa. Superior Ct. 558, 182 A. 2d 243 (1962). We granted allocatur.

Our study of the record and the unusual circumstances it discloses is convincing that a new trial is required for the reasons given in the minority opinion of Judge FLOOD of the Superior Court. See also, *Commonwealth ex rel. Whitling v. Russell,* 406 Pa. 45, 176 A. 2d 641 (1962).

Order affirming the judgment of conviction and sentence is reversed. A new trial is ordered.

---

DISSENTING OPINION BY MR. CHIEF JUSTICE BELL:

I dissent. I believe the alleged conflict of interest is unrealistic and imaginary. I would affirm the judgment and sentence on the Opinion of Judge MONTGOMERY, speaking for the Superior Court.

Mr. Justice COHEN joins in this dissenting Opinion.